**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jesus Juvenal VASQUEZ–LUJANO,**
**Defendant–Appellant.**

No. 08–30315.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 13, 2009.*

Filed Oct. 26, 2009.

Syrena Case Hargrove, Assistant U.S., Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

Jesus Juvenal Vasquez–Lujano, Terre Haute, IN, pro se.

Before: B. FLETCHER, LEAVY, and RYMER, Circuit Judges.

MEMORANDUM **

Jesus Juvenal Vasquez–Lujano appeals pro se from the order denying his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

In his opening brief, Vasquez–Lujano fails to develop any argument concerning the district court's order. Rather, he raises new issues that he did not raise in his § 3582 motion. Vasquez–Lujano has therefore waived any argument concerning the denial of his § 3582 motion, *see United States v. Labrada–Bustamante,* 428 F.3d 1252, 1264 (9th Cir.2005), and we decline to consider new issues he raises on appeal, *see United States v. Cade,* 236 F.3d 463, 467 (9th Cir.2000).

In any event, the district court properly declined to resentence Vasquez–Lujano under § 3582, because the amendment to the Guidelines that was the basis of the motion was not made retroactive by the Sentencing Commission. *See* 18 U.S.C. § 3582(c)(2); U.S.S.G. § 1B1.10.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.